# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **DANNY SMITH,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) ) |
| **COLBERT ANIMAL SERVICES** and **COLBERT COUNTY,** | ) ) ) ) |
| **Defendants.** | ) |

Civil Action No. 3:24-cv-1252-CLS

## ORDER

This action is before the court on the unopposed motion of defendant, Colbert Animal Services, for an extension of time until October 24, 2024, to respond to plaintiff's complaint. Doc. no. 5. Upon consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 11th day of October, 2024.

_____
Senior United States District Judge