FILED

2024 Oct-25  PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **DANNY SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:24-cv-1252-CLS** |
| | ) | |
| **COLBERT ANIMAL SERVICES** | ) | |
| **and COLBERT COUNTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This action is before the court on the motion to dismiss filed by defendant,

Colbert Animal Services.  Doc. no. 9.  Plaintiff is directed to respond to the motion

no later than November 8, 2024.  Any reply must be filed no later than November 15,

2024.

**DONE** and **ORDERED** this 25th day of October, 2024.

_____

Senior United States District Judge